IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELOISA TORRES and WESLEY V. HARRIS,

    Plaintiffs,

  v.

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.

                         /

No. C 10-04761 CW

ORDER REGARDING REQUEST TO E-FILE

    Plaintiffs Eloisa Torres and Wesley V. Harris seek the Court's leave to participate in Electronic Case Filing (ECF).

    Within fourteen days of the date of this Order, Plaintiffs shall file a declaration stating that they have reviewed General Order 45 and the requirements for e-filing (available on the Court's website at www.cand.uscourts.gov) and that they are able to comply with all the requirements for e-filing. Failure to file such a declaration will result in the denial of their request.

    IT IS SO ORDERED.

Dated: 11/29/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TORRES et al,

        Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC. et al,

        Defendant.

Case Number: CV10-04761 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eloisa Torres
15561 Oceanside Way
San Leandro, CA 94579

Wesley V. Harris
15561 Oceanside Way
San Leandro, CA 94579

Dated: November 29, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk