IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELOISA TORRES and WESLEY V. HARRIS,

    Plaintiffs,

  v.

WELLS FARGO HOME MORTGAGE, INC.,

    Defendant.
_____/

No. C 10-4761 CW

ORDER GRANTING
PLAINTIFFS' REQUEST
TO E-FILE
(Docket No. 12)

    Plaintiffs Eloisa Torres and Wesley V. Harris have asked for the Court's leave to participate in Electronic Case Filing (ECF). In accordance with the Court's Order of November 29, 2010, Plaintiffs filed a declaration stating that they have read General Order 45 and that they are able to comply with all of its requirements. Accordingly, the Court GRANTS their motion to participate in ECF. (Docket No. 12.)

    As part of their obligations under General Order 45, Plaintiffs shall provide a printed courtesy copy of any document they file via ECF. This copy must be lodged with the Clerk of the Court no later than noon on the business day after the document is filed on ECF.

    IT IS SO ORDERED.

Dated: 1/3/2011

                              *Claudia Wilken*
                              CLAUDIA WILKEN
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TORRES et al,

        Plaintiff,

v.

WELLS FARGO HOME MORTGAGE, INC. et al,

        Defendant.

Case Number: CV10-04761 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eloisa Torres
15561 Oceanside Way
San Leandro, CA 94579

Wesley V. Harris
15561 Oceanside Way
San Leandro, CA 94579

Dated: January 3, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk